UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SED, Inc. of South Carolina<br>d/b/a SED Gaming,<br><br>    Plaintiff,<br><br>v.<br><br>EAST COAST SWEEPSTAKES, LLC;<br>ALVIN B. WILLIS,<br>MCR INCORPORATED,<br>AGT a/k/a LUCKY SUNSHINE a/k/a<br>LS ENTERPRISES, INC.,<br>FRANK AZURO, and<br>JOHN DOES 1-5,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 7:10-cv-00135-H<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CLERK'S ENTRY OF DEFAULT
## FOR DEFENDANT AGT A/K/A LUCKY SUNSHINE A/K/A
## LS ENTERPRISES, INC.

I, Dennis P. Iavarone, Clerk of the United States District Court for the Eastern District of North Carolina, do hereby certify that this action commenced on June 24, 2010 with the filing of a summons and complaint, a copy of the summons and complaint was regularly served on defendant AGT a/k/a Lucky Sunshine a/k/a LS Enterprises, Inc. ("AGT"), and proof of such service of process was filed on September 20, 2011. I further certify that the docket entries indicate that Defendant AGT has not filed an answer or otherwise moved with respect to the complaint in this action. The default of the Defendant AGT is hereby noted.

DATED: 29th November, 2011.

                                        DENNIS P. IVARONE
                                        Clerk, United States District Court
                                        Eastern District of North Carolina